UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN SUSTRICK,<br><br>    Plaintiff,<br><br>    v.<br><br>CI CAPITAL PARTNERS LLC, et al.,<br><br>    Defendants. | Case No. 24-cv-06463-SK<br><br>**ORDER TO SHOW CAUSE** |

On July 24, 2025, Defendant Mariani Enterprises LLC ("Mariani") filed a motion to dismiss Plaintiff's Second Amended Complaint. (Dkt. No. 73.) In an Order dated August 21, 2025, the Court extended the briefing schedule on the motion to dismiss, providing Plaintiff until September 4, 2025, to file an opposition to the motion. Plaintiff failed to do so. Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE in writing by no later than September 19, 2025, why the Court should not dismiss his claims for lack of prosecution or grant Mariani's motion as unopposed.

If Plaintiff seeks to file an untimely opposition brief, he must submit a request to do so showing good cause for his failure to comply with the deadline required by the Local Rules and must submit the proposed opposition brief along with the request. If Plaintiff fails to file a response to this Order to Show Cause ("OSC"), along with a proposed opposition to the motion to dismiss, by September 19, 2025, the Court will grant Mariani's motion to dismiss as unopposed and/or dismiss Plaintiff's claims for failure to prosecute without further notice.

The Court VACATES the hearing on the motion to dismiss currently scheduled on September 29, 2025 on Mariani's motion. If Plaintiff demonstrates good cause for his delay and seeks to oppose Mariani's motion to dismiss, the Court will provide Mariani with an opportunity

to file a reply and will reset the hearing on the motion to dismiss.

**IT IS SO ORDERED**.

Dated: September 5, 2025



SALLIE KIM
United States Magistrate Judge

2