UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN SUSTRICK,<br><br>        Plaintiff,<br><br>    v.<br><br>CI CAPITAL PARTNERS LLC, et al.,<br><br>        Defendants. | Case No. 24-cv-06463-SK<br><br>**ORDER TO SHOW CAUSE** |

In the Order on Mariani Enterprises LLC's motion to dismiss, the Court scheduled a further case management conference to be held on November 3, 2025, with further case management statements due by October 27, 2025. (Dkt. No. 83.) When Plaintiff failed to timely file a further case management statement, a Clerk's Notice reminded Plaintiff of that obligation. However, Plaintiff still failed to file a further case management statement and failed to appear at the case management conference on November 3, 2025. Therefore, the Court HEREBY ORDERS Plaintiff TO SHOW CAUSE why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff shall file a written response to this Order to Show Cause by no later than November 14, 2025. Plaintiff is admonished that, if he fails to file a response to this Order to Show Cause by November 14, 2025, the Court will dismiss this matter for failure to prosecute without further notice.

**IT IS SO ORDERED**.

Dated: November 3, 2025

_Sallie Kim_
SALLIE KIM
United States Magistrate Judge