United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN SUSTRICK,<br>Plaintiff,<br>v.<br>CI CAPITAL PARTNERS LLC, et al.,<br>Defendants. | Case No. 24-cv-06463-SK<br><br>**ORDER REGARDING ALTERNATIVE DISPUTE RESOLUTION**<br><br>Regarding Docket No. 101 |

The Court referred this case to Early Neutral Evaluation and set a deadline to conduct alternative dispute resolution of October 30, 2026. However, at this time, the Court HEREBY VACATES that deadline and EXCUSES the parties from participating in Early Neutral Evaluation. At the next case management conference, the Court will discuss referral to a Magistrate Judge for settlement purposes.

**IT IS SO ORDERED**.

Dated: July 17, 2026

SALLIE KIM
United States Magistrate Judge